FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
25 MAY 30 PM 2:02

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**
**DENVER DIVISION**

DeAndre Reed,
Plaintiff,

v.

**PENNYMAC LOAN SERVICES, LLC**
and
**SYNERGY ONE LENDING, INC.,**
Defendants.

CIVIL ACTION NO.: ____________________
**COMPLAINT AND DEMAND FOR TRIAL BY JURY**

## INTRODUCTION

This action is brought by Plaintiff DeAndre Reed, an original party to a financial transaction in which Defendants unlawfully monetized his credit instruments and attempted to foreclose on his property despite already receiving financial enrichment through Federal Reserve credit programs and securitization practices. This lawsuit alleges violations of federal statutes, constitutional rights, and commercial law, including fraud, unjust enrichment, and racketeering (RICO). Plaintiff seeks declaratory and injunctive relief, damages, and a trial by jury.

## JURISDICTION AND VENUE

Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 and 1332 because:

- This action arises under federal law.
- There is complete diversity between the parties.
- The amount in controversy exceeds $75,000.

Venue is proper in the District of Colorado under 28 U.S.C. § 1391(b), as the events giving rise to this complaint occurred in Adams County, Colorado.

## PARTIES

Plaintiff DeAndre Reed is a private citizen residing at 15966 E 108th Avenue, Commerce City, CO 80022.

Defendant PennyMac Loan Services, LLC is a Delaware limited liability company operating as a loan servicer with nationwide reach and is registered to conduct business in Colorado.

Defendant Synergy One Lending, Inc. is a California-based lender that originated the mortgage loan in question on or about May 28, 2021.

## FACTUAL ALLEGATIONS

On May 28, 2021, Plaintiff signed a promissory note and deed of trust with Synergy One Lending, Inc. in the amount of $497,557.00.

Plaintiff's promissory note was deposited by the originating lender and used as pledged collateral under financial programs such as the Federal Reserve's Borrower-in-Custody (BIC) program and related fractional reserve credit facilities.

Upon information and belief, Defendants Synergy One and PennyMac monetized the note, fractional reserved its value, and received Federal Reserve funds or securitized the collateral without providing any accounting or offsetting those proceeds against Plaintiff's alleged obligation.

In 2024, PennyMac initiated foreclosure proceedings against Plaintiff, alleging default despite their receipt of compensation related to the pledged collateral and securitization of the asset.

Plaintiff attempted to satisfy the alleged debt with lawful negotiable instruments including a bill of exchange, which Defendants refused to acknowledge or process in violation of federal financial regulations and statutory obligations.

## CLAIMS FOR RELIEF

### *COUNT 1 – FRAUD*

Defendants knowingly misrepresented the nature of the transaction by failing to disclose their monetization of the Plaintiff's credit instruments, and by asserting that Plaintiff still owed a debt already satisfied through securitization or Federal Reserve programs.

These misrepresentations caused Plaintiff economic harm and exposed him to unlawful foreclosure proceedings.

### *COUNT 2 – UNJUST ENRICHMENT*

Defendants retained the benefit of the pledged collateral and additional value derived from Federal Reserve advances, while pursuing foreclosure and claiming unpaid debt.

It is inequitable and unlawful for Defendants to retain both the collateral and the property subject to foreclosure.

### *COUNT 3 – VIOLATION OF RICO (18 U.S.C. § 1962)*

Defendants engaged in a pattern of racketeering activity involving mail fraud, wire fraud, and financial institution fraud in furtherance of a scheme to enrich themselves through unauthorized securitization and foreclosure.

The scheme spanned multiple parties, accounts, and institutions and caused material harm to Plaintiff.

### *COUNT 4 – DEMAND FOR ACCOUNTING*

Plaintiff is entitled to a full and transparent accounting of all funds received by Defendants via Federal Reserve facilities, securitizations, or sale of Plaintiff's promissory note.

Defendants failed to disclose the financial disposition of the collateral and continue to act as if the original obligation is unpaid.

### *COUNT 5 – DECLARATORY RELIEF*

Plaintiff seeks a declaration that his bill of exchange and promissory note were valid legal tender and that Defendants' refusal to accept them constitutes a violation of his rights under federal financial and commercial law.

### *COUNT 6 – INJUNCTIVE RELIEF*

Plaintiff seeks an injunction preventing Defendants from proceeding with foreclosure and requiring them to cease and desist further collection or enforcement actions pending resolution of this matter.

## DAMAGES

Plaintiff demands judgment against Defendants, jointly and severally, for:

- **Compensatory Damages:** $6,756,026
- **Punitive Damages:** $5,000,000
- **Equitable Relief:** Injunction and declaratory judgment
- **Legal Fees and Costs**

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Plaintiff respectfully requests that this Court:

1. Enter judgment against Defendants for fraud, unjust enrichment, RICO violations, and other related claims;
2. Award compensatory and punitive damages as requested above;
3. Issue a declaratory judgment affirming that Plaintiff's tendered instruments discharged the obligation;
4. Issue injunctive relief halting foreclosure or collection activity;
5. Compel full financial accounting from all Defendants;
6. Award any additional relief the Court deems just and proper.

**DeAndre Reed**
15966 E 108th Avenue
Commerce City, CO 80022
**Pro Se Litigant**

| Category | Defendant | Amount | Basis |
|---|---|---|---|
| Fractional Reserve Profits | Synergy One Lending, Inc. | $4,478,013.00 | 9x multiplier on $497,557 note |
| Fractional Reserve Profits | PennyMac Loan Services LLC | $4,478,013.00 | Monetization/securitization of same note post-assignment |
| Emotional Distress & Harm | Both | $200,000.00 | Stress, family hardship, legal turmoil caused by foreclosure |
| Credit Damage & Reputation | Both | $100,000.00 | Negative reporting and impaired access to credit opportunities |
| Punitive Damages | Both | $2,000,000.00 | Willful exploitation, concealment, and unjust enrichment |